UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN THE MATTER OF                                    ) IN PROCEEDINGS UNDER CHAPTER 13

**FRANKLYN A. LUKE**                               ) **CASE NO. 14-20164 ASD**

DEBTOR(S)                                          )

## ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on  2/20/14 , and was modified on  2/26/15  . A summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's Chapter 13 plan is confirmed, with the following provisions:

1.      Payments:

Amount of each payment:  **$3678.00 MONTHLY BY BANK CHECK OR MONEY ORDER ON THE 20TH DAY OF THE MONTH, BEGINNING 3/20/15.**

Period of payments: **60**  months, and until a **0%** dividend is paid to creditors holding allowed unsecured claims.

**Payable to:**
**MOLLY T. WHITON, STANDING TRUSTEE, P. O. BOX 610, MEMPHIS TN 38101-0610.**

Payroll Deduction:

___      Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date under further order of this court.

_XX_     No payroll deduction is ordered.

2.      Attorney's Fees:  The debtor's attorney is awarded a fee in the amount of $4000.00, of which $2800.00 is due and payable from the estate.

Dated: March 4, 2015

Albert S. Dabrowski
United States Bankruptcy Judge